UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Philip Puopolo</u>

    v.                                      Civil No. 05-cv-397-SM

<u>USA</u>

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in forma pauperis</u> on appeal is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

                                                /s/ James R. Muirhead
                                               James R. Muirhead
                                               United States Magistrate Judge

Date: May 5, 2006

cc:   Philip Puopolo, *pro se*
       Peter E. Pappas, Esq.